# In the United States District Court for the Southern District of Georgia Waycross Division

FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 10:36 am, Sep 09, 2020

DEBORAH LAUFER,

    Plaintiff,

v.

ESHA MOTEL CORP,

    Defendant.

CV 5:20-075

## ORDER

Before the Court is Plaintiff Deborah Laufer's notice of dismissal, dkt. no. 5, wherein she states her intention to voluntarily dismiss this case with prejudice. Defendant having filed no answer to the Complaint, Plaintiff is entitled to dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, all claims asserted in this action are **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 9 day of September, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA